```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

**VICTOR ROMERO on his own
behalf and others similarly situated,**

    **Plaintiff,**

                                  Case Number: 8:18-cv-01723

**v.**

**CASTRO CONSTRUCTIVE SOLUTIONS, INC.
and KD CONSTRUCTION OF FLORIDA, INC.**

    **Defendants.**
_____/

## MOTION TO SUBSTITUE NAMED PLAINTIFF

Plaintiff hereby moves to appoint Edden Pena, as the lead Plaintiff in this case and further states as follows:

1. This case was timely filed on July 17, 2018.

2. Victor Romero is not presently able to serve in the capacity of lead Plaintiff for personal reasons.

3. Edden Pena, is able and willing to serve in the capacity of lead Plaintiff in this case. Edden Pena has filed the appropriate opt-in form and was a similarly situated employee at all relevant times.

4. This case was mediated without resolution with Mark Hanley, Esq., on October 10, 2018.

5. The relief sought by this motion has been discussed with opposing counsel and opposing counsel has indicated that he does not object.

Wherefore, Plaintiff seeks an order from this Court permitting Edden Pena to serve as the named/lead Plaintiff in this case.

DATED this 10th day of October 2018.

                                              Respectfully submitted,

**/s/ W John Gadd**
W. John Gadd
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, which will provide electronic notification to counsel for Defendant, on this 10th day of October 2018.

<u>**s/ W. John Gadd**</u>
W. John Gadd
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com